# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TAJ D. SHIVVERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **7:12CV5003** |
| | ) | |
| V. | ) | |
| | ) | |
| **VANDE KAMP TRUCKING, INC.,** | ) | **ORDER** |
| an Iowa corporation, and **CECIL L.** | ) | |
| **SCHLAMPP,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

This matter is before the court upon Maren Chaloupka's Motion for Leave to Withdraw (filing 3) as counsel for Plaintiff. The Motion will be granted.

**IT IS ORDERED:**

1. The Motion for Leave to Withdraw (filing 3) is granted.

2. The Clerk shall terminate the appearance of Maren Chaloupka as Plaintiff's counsel and terminate future notices to Maren Chaloupka in this matter.

3. This case will be stayed until May 28, 2012, to provide Plaintiff time to obtain new counsel. By or before May 28, 2012, Plaintiff shall have new counsel enter an appearance or, alternatively, advise the court that he wishes to proceed pro se.

4. Maren Chaloupka shall provide a copy of this order to Plaintiff.

**DATED April 30, 2012.**

                              **BY THE COURT:**

                              **S/ F.A. Gossett**
                              **United States Magistrate Judge**