IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
KAREN SHIVVERS and DANIEL    )
SHIVVERS, individuals,       )
                             )
          Plaintiffs,        )        8:12CV138
                             )
     v.                      )
                             )
VANDE KAMP TRUCKING, INC., an)
Iowa corporation, and CECIL L.)
SCHLAMPP, an individual,     )
                             )
          Defendants.        )
_____)
TAJ D. SHIVVERS,             )
                             )
          Plaintiff,         )        7:12CV5003
                             )
     v.                      )
                             )
VANDE KAMP TRUCKING, INC., an)        ORDER
Iowa corporation, and CECIL L.)
SCHLAMPP, an individual,     )
                             )
          Defendants.        )
_____)
```

This matter is before the Court after a planning conference was held with counsel. The parties wish to explore alternative resolution to the cases. Accordingly,

IT IS ORDERED:

1) The parties shall conduct initial discovery, including written discovery and depositions, necessary to attempt mediation, said discovery and mediation to be completed on or before February 4, 2013.

2) The parties shall file a written status report with the Court, on or before February 22, 2013, as to the progress of

mediation, or the need to schedule further case progression deadlines.

DATED this 12th day of September, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court