IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KAREN SHIVVERS and DANIEL SHIVVERS, individuals, | ) ) ) | |
| Plaintiffs, | ) ) | 8:12CV138 |
| v. | ) ) | |
| VANDE KAMP TRUCKING, INC., an Iowa corporation, and CECIL L. SCHLAMPP, an individual, | ) ) ) ) | |
| Defendants. | ) ) | |
| TAJ D. SHIVVERS, | ) ) | |
| Plaintiff, | ) ) | 7:12CV5003 |
| v. | ) ) | |
| VANDE KAMP TRUCKING, INC., an Iowa corporation, and CECIL L. SCHLAMPP, an individual, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

At the request of the mediator,

IT IS ORDERED that the parties shall have until April 12, 2013, to report on the outcome of mediation, which is currently scheduled for March 25, 2013.

DATED this 17th day of January, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court