IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
KAREN SHIVVERS and DANIEL    )
SHIVVERS, individuals,       )
                             )
          Plaintiffs,        )         8:12CV138
                             )
     v.                      )
                             )
VANDE KAMP TRUCKING, INC., an)
Iowa corporation, and CECIL L.)
SCHLAMPP, an individual,     )
                             )
          Defendants.        )
_____)
TAJ D. SHIVVERS,             )
                             )
          Plaintiff,         )         7:12CV5003
                             )
     v.                      )
                             )
VANDE KAMP TRUCKING, INC., an)         ORDER
Iowa corporation, and CECIL L.)
SCHLAMPP, an individual,     )
                             )
          Defendants.        )
_____)
```

Having been advised by the parties that the above matters have been settled by mediation,

IT IS ORDERED that the parties shall have until May 24, 2013, to file the dismissal documents.

DATED this 12th day of April, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court